FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2026-0436
LT Case No. 2025-DR-000681
_____

JOHN MCDONALD,

    Petitioner,

    v.

AMANDA MCDONALD,

    Respondent.

_____

Petition for Writ of Prohibition.
Sandra C. Upchurch, Respondent Judge.

John McDonald, Flagler Beach, pro se.

No Appearance for Respondent.

March 13, 2026

PER CURIAM.

    This Court previously denied Petitioner's petition for writ of prohibition arising from Flagler County Circuit Court Case No. 2025-DR-000681. Because Petitioner's filings in this Court related to that case appear to be repetitive, frivolous, and abusive, Petitioner is cautioned that any further frivolous or abusive pro se filings in this Court arising from that circuit court case may result in sanctions, including a prohibition against future pro se filings in this Court. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

JAY, C.J., and EISNAUGLE and MacIVER, JJ., concur.